1-20, Tamagawa Bldg., Yotsuya, Shinjuku-ku
Tokyo, Japan 160-0004
TOKYO FLEX LAW OFFICE
Nakajima Hiroyuki, Attorney-at-Law
TEL　＋８１－３—３３５３—３５２１
FAX　＋８１—３—３３５６—９２２８
MAIL　nakajima@flex-law.gr.jp
Attorney for Shogakukan Inc.

**FILED**

FEB 0 6 2019

CLERK
NORTHERN DISTRICT OF CALIFORNIA

January 31, 2019

**Via Email**

YouTube, LLC
Attn: Copyright Operations/ DMCA Complaints
901 Cherry Ave
San Bruno, CA  94066
Phone: 650-214-3010
Email: copyright@youtube.com

    RE:    **_NOTIFICATION OF COPYRIGHT INFRINGEMENT_**
             **(Pursuant to 17 U.S.C. § 512)**

To whom it may concern:

    I represent Shogakukan Inc., a Japanese corporation (hereinafter called "Shogakukan"), the representative of the two individual authors of the copyrighted works identified under the column entitled "Original Work" in Exhibit A attached to this notice ("Exhibit A").

    It has recently come to Shogakukan's attention that certain users of your services have unlawfully published and posted certain contents on your website located at www.youtube.com, more specifically identified under the column entitled "Infringing Work" in Exhibit A (referred to as the "Infringing Work"), corresponding to each of the Original Work identified in Exhibit A.

    Shogakukan has a good faith belief that the Infringing Work is not authorized by the copyright owner, its agent, or the law.

    We demand that you immediately disable access to the Infringing Work and cease any use, reproduction, and distribution of the Original Work.  Specifically, we request that you remove or disable the Infringing Work from www.youtube.com and/or any of your

YouTube, LLC
January 31, 2019
Page 2 of 3

system or services.

    We also request a written assurance that you have fully complied with our request.

    I declare that the information in this notice is accurate, and under penalty of perjury, that Shogakukan and I are authorized to act on behalf of the owner of the exclusive right of the Original Work that is infringed.

    Your immediate response will be appreciated.

    Very truly yours,

    Hiroyuki Nakajima
    Attorney at Law

Exhibit A.

| # | Title of Original Work | Author of Original Work | Original Work | Infringing Work | Title of Infringing Work | YouTube Channel/User (Name/ Profile Page on YouTube.com) | |
|---|---|---|---|---|---|---|---|
| 1 | 闇金ウシジマくん (Yamikin Ushijima- kun) | 真鍋 昌平 (Shohei Manabe) | https://bigcomicbros.net/comic/ushijimakun/ | https://www.youtube.com/watch?v=G07A65S6Ued | 闇金ウシジマくん 488 \| Yamikin Ushijima-kun 488 Raw \| Manga Yamikin Ushijima-kun 488 | Top JP | https://www.youtube.com/channel/UCCzm8oLnP2wKvUnPx6H8FQw |
| 2 | 闇金ウシジマくん (Yamikin Ushijima- kun) | 真鍋 昌平 (Shohei Manabe) | https://bigcomicbros.net/comic/ushijimakun/ | https://www.youtube.com/watch?v=psFJ_SvFxw4 | 闇金ウシジマくん 487 \| Yamikin Ushijima-kun 487 Raw \| Manga Yamikin Ushijima-kun 487 | Top JP | https://www.youtube.com/channel/UCCzm8oLnP2wKvUnPx6H8FQw |
| 3 | 闇金ウシジマくん (Yamikin Ushijima- kun) | 真鍋 昌平 (Shohei Manabe) | https://bigcomicbros.net/comic/ushijimakun/ | https://www.youtube.com/watch?v=mSDzeaAi4UY | 闇金ウシジマくん 486 \| Yamikin Ushijima-kun 486 Raw \| Manga Yamikin Ushijima-kun 486 | Top JP | https://www.youtube.com/channel/UCCzm8oLnP2wKvUnPx6H8FQw |
| 4 | 闇金ウシジマくん (Yamikin Ushijima- kun) | 真鍋 昌平 (Shohei Manabe) | https://bigcomicbros.net/comic/ushijimakun/ | https://www.youtube.com/watch?v=KLCKghpfTsE | 闇金ウシジマくん 485 \| Yamikin Ushijima-kun 485 Raw \| Manga Yamikin Ushijima-kun 485 | Top JP | https://www.youtube.com/channel/UCCzm8oLnP2wKvUnPx6H8FQw |
| 5 | 闇金ウシジマくん (Yamikin Ushijima- kun) | 真鍋 昌平 (Shohei Manabe) | https://bigcomicbros.net/comic/ushijimakun/ | https://www.youtube.com/watch?v=XgCbeb5MqEk | 闇金ウシジマくん 484 \| Yamikin Ushijima-kun 484 Raw \| Manga Yamikin Ushijima-kun 484 | Top JP | https://www.youtube.com/channel/UCCzm8oLnP2wKvUnPx6H8FQw |
| 6 | 闇金ウシジマくん (Yamikin Ushijima- kun) | 真鍋 昌平 (Shohei Manabe) | https://bigcomicbros.net/comic/ushijimakun/ | https://www.youtube.com/watch?v=9TceL0EgrBw | 闇金ウシジマくん 480 ~ 484 \| Yamikin Ushijima-kun 480 ~ 484 Raw \| Manga Yamikin Ushijima-kun 480 ~ 484 | Top JP | https://www.youtube.com/channel/UCCzm8oLnP2wKvUnPx6H8FQw |
| 7 | 闇金ウシジマくん (Yamikin Ushijima- kun) | 真鍋 昌平 (Shohei Manabe) | https://bigcomicbros.net/comic/ushijimakun/ | https://www.youtube.com/watch?v=oAZvHhyziKA | 闇金ウシジマくん 444 ~463 \| Yamikin Ushijima-kun 444 ~463 Raw \| Manga Yamikin Ushijima-kun 444 ~ 463 | JP COMICS | https://www.youtube.com/user/luana2180/videos |
| 8 | 闇金ウシジマくん (Yamikin Ushijima- kun) | 真鍋 昌平 (Shohei Manabe) | https://bigcomicbros.net/comic/ushijimakun/ | https://www.youtube.com/watch?v=zn7cFgtefos | 闇金ウシジマくん 488 \| Yamikin Ushijima kun 488 Raw | Manga Yamikin | https://www.youtube.com/channel/UCfUnSnTJ-swnKfpoJw1c-eQ |
| 9 | 血と灰の女王 (Chi to Hai no Joou) | 金箱 崇 (Hajime Kanebako) | https://urasunday.com/chitohai/index.html | https://www.youtube.com/watch?v=h6cx1lUG2fo | 【異世界漫画】は驚異的な力を誇る闘争型ヴァンパイアとなり血で血を洗う殺し合いを開始! 1~15 【CHI TO HAI NO JOOU】【Manga Online】 | Manga Online | https://www.youtube.com/channel/UCoA1OSDiKRGmORF1o77mmRO/featured |
| 10 | 血と灰の女王 (Chi to Hai no Joou) | 金箱 崇 (Hajime Kanebako) | https://urasunday.com/chitohai/index.html | https://www.youtube.com/watch?v=4nn2tXYhr1E | 【異世界漫画】は驚異的な力を誇る闘争型ヴァンパイアとなり血で血を洗う殺し合いを開始! 16~30 【CHI TO HAI NO JOOU】【Manga Online】 | Manga Online | https://www.youtube.com/channel/UCoA1OSDiKRGmORF1o77mmRO/featured |
| 11 | 血と灰の女王 (Chi to Hai no Joou) | 金箱 崇 (Hajime Kanebako) | https://urasunday.com/chitohai/index.html | https://www.youtube.com/watch?v=ASM0LYZPbSQ | 【異世界漫画】は驚異的な力を誇る闘争型ヴァンパイアとなり血で血を洗う殺し合いを開始! 31~50 【CHI TO HAI NO JOOU】【Manga Online】 | Manga Online | https://www.youtube.com/channel/UCoA1OSDiKRGmORF1o77mmRO/featured |
| 12 | 血と灰の女王 (Chi to Hai no Joou) | 金箱 崇 (Hajime Kanebako) | https://urasunday.com/chitohai/index.html | https://www.youtube.com/watch?v=mc7WdCkGzH8 | 血と灰の女王, 第06~10章 2019年ホットコミック | Comics 2019 | https://www.youtube.com/channel/UC3A4389fFEYCTbv88Rbq9Qg/videos |
| 13 | 血と灰の女王 (Chi to Hai no Joou) | 金箱 崇 (Hajime Kanebako) | https://urasunday.com/chitohai/index.html | https://www.youtube.com/watch?v=s710EuUfiV0&t=3s | 血と灰の女王, 第42~47章 2019年ホットコミック | Japan Comic Popular | https://www.youtube.com/user/delabikovsevase |
| 14 | 血と灰の女王 (Chi to Hai no Joou) | 金箱 崇 (Hajime Kanebako) | https://urasunday.com/chitohai/index.html | https://www.youtube.com/watch?v=qu4iuFtv8Uo | 血と灰の女王 69 \| Chi to Hai no Joou Raw 69 \| Manga Chi to Hai no Joou 69 | huy lc | https://www.youtube.com/channel/UCoOLNsPxiEMt-APEz4XOi1A |